Entered on Docket
March 06, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the Court.
Signed: March 6, 2023

_____
**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

ARASTO FARSAD (SBN: 273118)
NANCY WENG (SBN: 251215)
**FARSAD LAW OFFICE, P.C.**
1625 The Alameda, Suite 525
San Jose, CA 95126
Tel: 408-641-9966
Fax: 408-866-7334
Emails: farsadlaw1@gmail.com;
nancy@farsadlaw.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>MORA HOUSE ONE, LLC,<br><br>Debtor / debtor-in-possession. | Case No.: 22-50917 SLJ<br>Chapter 11<br><br>**ORDER CONFIRMING DEBTOR'S PLAN OF REORGANIZATION**<br><br>Judge: Hon. Stephen L. Johnson (Chief Judge) |

    On March 2, 2023, at 1:30 p.m., before the Honorable Chief Judge Stephen L. Johnson, the Court held a confirmation hearing on the above named Debtor's Plan of Reorganization (Docket No. 66) ("Plan").

    After review of the ballot tabulation / summary, the Debtor's Responsible Individual's Declaration in Support of Confirmation, the case file(s), as well as the statements made on the record, the Court determined that the Debtor has proven by preponderance of the evidence that the Plan meets all the requirements of 11 U.S.C. §1129 et. seq.

    Therefore, it is HEREBY ORDERED:

    The Chapter 11 Plan filed at Case Docket No. 66 is CONFIRMED.

**END OF ORDER**

# COURT SERVICE LIST
*\*\*No Mail Service Required\*\**