ARASTO FARSAD (SBN: 273118)
NANCY WENG (SBN: 251215)
**FARSAD LAW OFFICE, P.C.**
1625 The Alameda, Suite 525
San Jose, CA 95126
Tel: 408-641-9966
Fax: 408-866-7334
Emails: farsadlaw1@gmail.com;
nancy@farsadlaw.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>MORA HOUSE ONE, LLC,<br><br>Debtor / debtor-in-possession. | Case No.: 22-50917 SLJ<br>Chapter 11<br><br>**NOTICE OF EFFECTIVE DATE OF CHAPTER 11 PLAN DATED DECEMBER 3, 2022**<br><br>**Judge: Hon. Stephen L. Johnson (CHIEF JUDGE)** |

PLEASE TAKE NOTICE THAT at a hearing held on March 2, 2023, at 1:30 p.m., the United States Bankruptcy Court for the Northern District of California entered an order (Dkt. No. 77) (the "Confirmation Order") confirming the Debtor's Chapter 11 Plan in the Chapter 11 case of the above-captioned debtor (the "Debtor"). Copies of the Confirmation Order, the Plan / Disclosure Statement, and related documents are available on ECF. Requests for copies and further information regarding the Confirmation Order, the Plan, and related documents may also be made through Debtor's counsel, Arasto Farsad and/or Nancy Weng, Farsad Law Office, P.C., 1625 The Alameda, Suite 525, San Jose, CA 95126.

PLEASE TAKE FURTHER NOTICE that all conditions precedent to the Effective Date of the Plan have been satisfied or waived.  The Effective Date occurs on **March 20, 2023**.

PLEASE TAKE FURTHER NOTICE that the Reorganized Debtor, Mora House One, will make distributions in accordance with the Plan.

FARSAD LAW OFFICE, P.C.

Dated: March 22, 2023

*/s/ Nancy Weng*

Nancy Weng, Esq.
Attorneys for Debtor

# CERTIFICATE OF SERVICE

I am NOT a party to the within action; my business address is FARSAD LAW OFFICE, P.C., 1625 The Alameda, Suite 525, San Jose CA 95126. On **March 22, 2023**, I served the interested parties listed below with the documents described as follows:

**1. NOTICE OF EFFECTIVE DATE OF CHAPTER 11 PLAN DATED DECEMBER 3, 2022,**

**BY FIRST CLASS USPS MAIL:** By placing a true copy thereof enclosed in a sealed envelope addressed to all addressees on the attached **Court Creditor Matrix.** The envelopes were deposited with the United States Post Office in SAN JOSE, CA.

**BY NOTICE OF ELECTRONIC FILING:** I caused to be served the above-described document(s) by means of electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the following parties and/or counsel who are registered ECF users: **ALL CM/ECF registered participants.**

I declare under penalty of perjury that the above statements are true and correct.

Executed on **March 22, 2023,** at **San Jose,** California.

*/s/ Arasto Farsad*
Arasto Farsad, Esq.

# CERTIFICATE OF SERVICE

I am NOT a party to the within action; my business address is FARSAD LAW OFFICE, P.C., 1625 The Alameda, Suite 525, San Jose CA 95126. On **March 22, 2023**, I served the interested parties listed below with the documents described as follows:

**1. NOTICE OF EFFECTIVE DATE OF CHAPTER 11 PLAN DATED DECEMBER 3, 2022,**

**BY FIRST CLASS USPS MAIL:** By placing a true copy thereof enclosed in a sealed envelope addressed to all addressees on the attached **Court Creditor Matrix.** The envelopes were deposited with the United States Post Office in SAN JOSE, CA.

**BY NOTICE OF ELECTRONIC FILING:** I caused to be served the above-described document(s) by means of electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the following parties and/or counsel who are registered ECF users: *ALL CM/ECF registered participants.*

I declare under penalty of perjury that the above statements are true and correct.

Executed on **March 22, 2023,** at **San Jose,** California.

*/s/ Arasto Farsad*
Arasto Farsad, Esq.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-5<br>Case 22-50917<br>California Northern Bankruptcy Court<br>San Jose<br>Wed Mar 22 07:22:18 PDT 2023 | Mason Brutschy<br>Keller Benvenutti Kim LLP<br>c/o Thomas B. Rupp, Atty<br>650 California Street, Suite 1900<br>San Francisco, CA 94108-2736 | CA Dept. of Tax and Fee Administration<br>P.O. Box 942789<br>Sacramento, CA 94279-0001 |
| CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | CA Franchise Tax Board<br>Attn: Special Procedures<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 |
| Arasto Farsad<br>Farsad Law Office, P.C.<br>1625 The Alameda, Suite 525<br>San Jose, CA 95126-2224 | Trevor Ross Fehr<br>Office of the U.S. Trustee<br>Attn: Trevor R. Fehr<br>450 Golden Gate Ave., Rm. 05-0153<br>San Francisco, CA 94102-3402 | IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Mason Brustchy<br>Keller Benvenutti Kim LLP<br>c/o Thomas Rupp<br>650 California Street, #1900<br>San Francisco, CA 94108-2736 | Melvin Vaughn<br>10700 Mora Drive<br>Los Altos, CA 94024-6530 |
| Mora House One, LLC<br>10718 Mora Drive<br>Los Altos, CA 94024-6530 | Mike Neue<br>Geraci Law Firm<br>90 Discovery<br>Irvine, CA 92618-3105 | OKAO CAPITAL LLC<br>2290 E 4500 S #260<br>Holladay, UT 84117-4494 |
| OKOA CAPITAL LLC<br>2290 E 4500 S #260<br>Holladay, UT 84117-4494 | Office of the U.S. Trustee / SJ<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 | Okoa Capital LLC<br>Okoa Capital LLC<br>2290 E. 4500 S #260<br>Salt Lake City, UT 84117-4494 |
| Okoa Capital, LLC<br>2290 E. 4500 Suite 260<br>Salt Lake City, UT 84117-4494 | Thomas B. Rupp<br>Keller Benvenutti Kim LLP<br>650 California Street, Suite 1900<br>San Francisco, CA 94108-2736 | Simon Yiu<br>c/o Ronald Raymond Rossi, Esq.<br>1960 The Alameda, Suite 200<br>San Jose, CA 95126-1451 |
| (p)CALIFORNIA STATE BOARD OF EQUALIZATION<br>ACCOUNT REFERENCE GROUP MIC 29<br>P O BOX 942879<br>SACRAMENTO CA 94279-0029 | (p)U S ATTORNEY'S OFFICE NORTHERN DISTRICT<br>450 GOLDEN GATE AVENUE<br>9TH FLOOR<br>SAN FRANCISCO CA 94102-3419 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| State Board of Equalization<br>Attn: Special Procedures Section, MIC:55<br>P.O. Box 942879<br>Sacramento, CA 94279 | U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3400 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Compass | (d)Franchise Tax Board<br>Bankruptcy Section MS A340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | (u)Josh Altman of Altman Brothers |
| (u)Not Assigned - SJ | (d)Melvin Vaughn<br>10700 Mora Drive<br>Los Altos, CA 94024-6530 | (u)William Henry (Butch) Haze and O |

End of Label Matrix
Mailable recipients    22
Bypassed recipients     6
Total                  28